Christine A. Amalfe, Esq.
Susan L. Nardone, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Defendants*
*Columbia Bank MHC, Columbia Financial, Inc.,*
*Columbia Bank, successors in interest to*
*RSI Bancorp, M.H.C., RSI Bancorp., Inc., & RSI Bank*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER SZYDLOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA BANK MHC, COLUMBIA FINANCIAL, INC., COLUMBIA BANK, *successors in interest to* RSI BANCORP, M.H.C., RSI BANCORP, INC., RSI BANK, BC CORPS 1-10, JOHN DOES 1-10 (fictitious defendants),<br><br>Defendants. | Civil Action No. 2:23-cv-02520-BRM-CLW<br><br>*Document Electronically Filed*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that the above entitled action is hereby dismissed ***with prejudice*** and without costs or fees against or between any party.

**ABDOU LAW OFFICES, LLC**
Attorneys for Plaintiff

By: _____
Tamer M. Abdou, Esq.
124 Westfield Avenue
Clark, NJ 07066
Telephone: 732-540-8840
Fax: 732-540-8842
tom.abdou@abdoulaw.com

Dated: July 11, 2023

**GIBBONS P.C.**
Attorneys for Defendants

By: _____
Susan L. Nardone, Esq.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973-596-4487
Fax: 973-639-6217
snardone@gibbonslaw.com

Dated: July 11, 2023

It is so ordered this 12th day of July, 2023.

_____
Brian R. Martinotti, U.S.D.J.